**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

**UNITED STATES**

v.                                    408CR043

**DEANGELO JOHNSON**

## ORDER

Just before trial in this 18 U.S.C. § 922(g)(1) gun-possession case, defendant Deangelo Johnson has filed a "Motion to Suppress" evidence against him. Doc. # 30. Specifically, he moves "to suppress all evidence or the fruits thereof resulting from a traffic stop on or about [9/8/07]," for the following reasons (in bracketed language throughout the following excerpt from defendant's brief, the Court has illuminated the motion's fatal flaws):

> On or about [9/8/07] defendant was arrested for the charge of felon in possession of a firearm among other charges by Officers of the Savannah Chatham County Metropolitan Police Department, including but not limited to Officers Brandon Lord and Glenn Castro.

> Defendant shows that said arrest was illegal in that the arresting officer did not have probable cause or a reasonable suspicion to believe that the defendant was guilty of any crime, offense or ordinance. [Note: Johnson not only fails to provide evidence to support this assertion, but he also fails to explain *why* he believes no probable cause existed; mere conclusions fetch no relief in suppression motions like this.]

> Defendant shows that he was detained when the officers lacked an articulable suspicion that he had committed a crime or was going to commit a crime. [Note: similarly, Johnson does not explain *why* he believes no articulable suspicion existed.]

> Defendant shows that the aforesaid illegal search and seizure was conducted unlawfully and in violation of the Fourth and Fourteenth Amendments to the U.S. Constitution in that said acts on the part of the police officers constituted an unreasonable search and seizure in violation of said provisions. [Note: this is simply a conclusion unsupported by facts and law.]

Doc. # 30 at 1-2.

Accordingly, defendant Deangelo Johnson's Motion to Suppress (doc. # 30) is *DENIED.*

This _9_ day of June, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA